[No. 24214-5-III. Division Three. January 11, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JEREMEY DOUGLAS PEDERSEN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 04-1-03839-2, Harold D. Clarke III, J., entered May 13, 2005. *Affirmed* by unpublished opinion per Kato, J., concurred in by Schultheis, A.C.J., and Brown, J.

[No. 24299-4-III. Division Three. January 11, 2007.]

CURTIS W. VANDEGRIFFE ET AL., *Respondents*, v. RAYMOND W. JONES ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Stevens County, No. 03-2-00187-1, Rebecca M. Baker, J., entered May 24, 2005. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Sweeney, C.J., and Schultheis, J.

[No. 24555-1-III. Division Three. January 11, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL NICKOLAS PERRY, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-1-03912-9, Salvatore F. Cozza, J., entered September 6, 2005. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney, C.J., and Kulik, J.

[No. 24726-1-III. Division Three. January 11, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTONIO EMANUEL COOK, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 05-1-00539-5, Neal Q. Rielly, J., entered November 30, 2005. *Affirmed* by unpublished opinion per Kato, J., concurred in by Schultheis, A.C.J., and Kulik, J.